FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 2:59 pm, Jul 20, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO. 5:23CR-007 |
| ) | |
| v.   ) | 18 U.S.C. § 1956(a)(1)(A)(i) |
| ) | Money Laundering |
| JC LONGORIA CASTRO   ) | |
| ) | Aiding and Abetting |
| ) | 18 U.S.C. § 2 |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT ONE**
*Money Laundering*
18 U.S.C. § 1956(a)(1)(A)(i)

Beginning at a time unknown to the Grand Jury, but at least from in or about May 2015, and continuing through in or about December 2021, the precise dates being unknown, in Emanuel County and Jeff Davis County, within the Southern District of Georgia, and elsewhere, the defendant,

**JC LONGORIA CASTRO,**

aided and abetted by others, did knowingly conduct financial transactions affecting interstate commerce, with funds which were proceeds of a specified unlawful activity, that is conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 1349, and which the defendant knew to be the proceeds of some form of unlawful activity, and did so with the intent to promote the carrying on of the aforesaid specified activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of Count One of this Information, the defendant, **JC LONGORIA CASTRO,** shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 United States Code, Section 853(p), as incorporated by Title 18 United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

_____
Patricia G. Rhodes
Chief, Criminal Division


_____
E. Greg Gilluly
Assistant United States Attorney
Deputy Chief, Criminal Division

*/s/ Tania D. Groover*
_____
Tania D. Groover*
Assistant United States Attorney
Deputy Chief, Criminal Division
*Lead Counsel