

FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 2:59 pm, Jul 20, 2023

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | INFORMATION NO. 5:23CR-007 |
| | ) | |
| v. | ) | 18 U.S.C. § 1956(a)(1)(A)(i) |
| | ) | Money Laundering |
| **JC LONGORIA CASTRO** | ) | |
| | ) | Aiding and Abetting |
| | ) | 18 U.S.C. § 2 |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby submits a penalty certification stating that the maximum penalties for the offense described in the Information is as follows:

**Count 1:**     **Money Laundering**
                 18 U.S.C. § 1956(a)(1)(A)(i)

- Imprisonment for not more than 20 years;
- A fine of not more than $500,000 or twice the value of the property involved, whichever is greater;
- A term of supervised release of not more than 5 years; and
- A $100 special assessment;

Respectfully submitted this 18th day of July, 2023.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Tania Groover*

Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov