UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 5:23-cr-7 | **DATE:** July 25, 2023 |
| **UNITED STATES OF AMERICA** | **TIME:** 1:05-1:20 |
| v. | **LOCATION:** Brunswick |
| **JC LONGORIA CASTRO** | |

| | |
|---|---|
| **Judge:** Benjamin W. Cheesbro, US Magistrate Judge | **Courtroom Deputy:** Kim Mixon |
| **Court Reporter:** FTR BWK-CR2 | **Interpreter:** |
| **Probation Officer:** Sarah Railing | **Security:** Jason P.-USMS |
| **Attorney(s) for Government:** Greg Gilluly | |
| **Attorney(s) for Defendant:** Brian Tanner-Retained | |

**PROCEEDING: INITIAL APPEARANCE/ARRAIGNMENT**

- [ ] CJA 23: Provided in underlying case.
- [ ] Defendant qualifies for court appointed counsel. Counsel appointed.
- [x] Defendant advised of rights and the Government's disclosure obligations.
- [x] Defendant advised of charges and penalties.
- [x] Defendant waived formal reading of Information.
- [x] Not guilty plea entered.
- [x] Waiver of Indictment executed.
- [ ] Scheduling and Discovery Order was discussed and will be filed as a separate entry with specific dates.
- [ ] Government moves for detention:
  - [ ] Defendant requests 5 days to prepare for detention hearing.
  - [ ] Government requests 3 days to prepare for detention hearing.
  - [ ] Defendant waives detention hearing at this time.
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held,
- [x] Defendant released on bond subject to conditions. Doc. 112, as amended doc. 342. Defendant advised of conditions.
- [ ] Defendant released with supervision.
- [ ] Defendant detained pending a detention hearing.
- [ ] Defendant detained pending trial.
- [ ] Defendant remains in the custody of the United States Marshal Service.

**ADDITIONAL COMMENTS:**

Defendant allowed to remain on bond under previous conditions set by the Court, doc. 112, as amended doc. 342 in 521cr9