GAS 455 (Rev. 1/11) Waiver of Indictment

# United States District Court

### SOUTHERN DISTRICT of GEORGIA

UNITED STATES OF AMERICA
v.

JC LONGORIA CASTRO

**WAIVER OF INDICTMENT**

CASE NUMBER: 5:23-cr-7

I, _____JC Longoria Castro_____, the above named defendant, who is accused of

18 U.S.C. § 1956(a)(1)(A)(i) Money Laundering

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____7/25/2023_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer