# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR523-7**

United States of America

vs.

**JC Longoria Castro**

**2:34 - 3:08**

Defendant/Age

**Greg Gilluly**
U. S. Attorney

**Brian Tanner**
Attorney for Defendant

☑ Plea agreement **(Received).**  ☑ Defendant Sworn  ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____.

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **one** of the information.

☑ Factual basis **Established.**  **Oral.**  **Plea Accepted**  Witness for factual basis **S/A Bourp**.

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **Later date** at **TBD**.

☑ Bond Continued **Yes.**  Bond modified to _____.

Bond set at _____

☐ Bond not made defendant in jail.

☐ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **07/25/2023**

Court Reporter **Debra Gilbert**   Probation Officer **Railling**

Courtroom Deputy Clerk **Whitney Sharp**   U.S. Marshal **Jason**