# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INFORMATION NO. 5:23-CR-7 |
| JC LONGORIA CASTRO | |

## ORDER

This matter is before the Court on Defendant JC Longoria Castro's Unopposed Motion to Travel, seeking permission to permit his travel to Destin, Florida on August 9-13, 2023, for the purpose of examining family vacation. Defendant represents that the Government does not oppose this request. After careful consideration and for good cause shown, Mr. Castro's Motion to Travel is **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant JC Longoria Castro is permitted to travel to Destin, Florida on August 9-13, 2023, for the purpose of examining family vacation. All other previous conditions of release are unaffected by this modification and are still in effect.

**SO ORDERED** this ____ day of August, 2023.

**BENJAMIN W. CHEESBRO**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**