# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JC LONGORIA CASTRO | INFORMATION NO. 5:23-CR-7 |

## DEFENDANT JC LONGORIA CASTRO'S UNOPPOSED MOTION TO TRAVEL

COMES NOW Defendant J.C. Longoria Castro and hereby moves this Court to modify the Order setting the conditions of his release in Case No. 5:21-CR-9 set on November 29, 2021 (Doc. 112), as follows:

1.

The conditions set by this Court include a requirement that Mr. Castro restrict his travel to the Southern District of Georgia and, for the purposes of meeting with his counsel, the District of South Carolina.

2.

Mr. Castro lives in Vidalia, Toombs County, Georgia. On December 14, 2023, Mr. Castro desires to travel to and from Sevierville, TN, for family vacation. Mr. Castro will return from Tennessee no later than December 19, 2023. He will be staying while in Tennessee at 2442 Coopers Hawk Way, Sevierville, TN 37862.

3.

The defendant is not asking to modify any other conditions of pretrial release and Defendant will continue to abide by all conditions of pretrial release as ordered.

4.

Undersigned counsel has conferred with Tania Groover, counsel for the Government, regarding this request and is authorized to represent that the Government does not object to this Motion.

5.

A proposed Order is provided for the Court's consideration.

6.

For the foregoing reasons, Defendant J.C. Castro requests that his Motion be granted.

Respectfully submitted this 17th day of November, 2023.

**GRIFFIN DURHAM TANNER & CLARKSON LLC**

*/s/ R. Brian Tanner*
R. Brian Tanner
Georgia Bar No. 697615
btanner@griffindurham.com
104 West State Street, Suite 200
Savannah, GA 31401
Ph/Fax: 912-867-9140

*Attorney for Defendant JC Longoria Castro*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 17th day of November, 2023

                                                  **GRIFFIN DURHAM TANNER & CLARKSON LLC**

                                                  */s/ R. Brian Tanner*
                                                  R. Brian Tanner
                                                  Georgia Bar No. 697615
                                                  btanner@griffindurham.com