UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Case No. 5:23-CR-7 |
| ) | |
| JC LONGORIA CASTRO  ) | |

## DECLARATION OF PUBLICATION

1.  I am an Assistant United States Attorney, and I represent the United States in this action.

2.  As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure and as evidenced by Exhibit A hereto, Notice of Criminal Forfeiture was posted on www.forfeiture.gov, an official government website, for 30 consecutive days, beginning on October 26, 2023.

3.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of November 2023.

                                        JILL E. STEINBERG
                                        UNITED STATES ATTORNEY

By:   */s/ Tania D. Groover*
       Tania D. Groover
       Assistant United States Attorney
       Georgia Bar No. 127947
       Post Office Box 8970
       Savannah, Georgia 31412
       Telephone: (912) 652-4422
       Email: tania.groover@usdoj.gov