**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 5:23-CR-007 |
| ) | |
| **JC LONGORIA CASTRO** ) | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America moves under Federal Rule of Criminal Procedure 32.2 for the Court to enter the attached Final Order of Forfeiture as to Defendant JC Longoria Castro. Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about August 22, 2023, the United States was directed to judicially seize and commence publication as to

- 22-DSS-000006- Cash seized pursuant to a federal search warrant in the amount of $9,302;

- 22-DSS-000018- Cash seized pursuant to a federal search warrant in the amount of $6,000;

- 22-DSS-000019- Cash seized pursuant to a federal search warrant in the amount of $1,616;

- 22-DSS-000040- a 2015 Jeep Wrangler Sahara VIN 1C4GJWBG2FL697235, valued at approximately $24,074; and

- $15,342.35 in U.S. currency, which the defendant agrees to pay and is forfeiting in lieu of forfeiture of 22-DSS-000032- 2011 Ford SRW Super Duty VIN 1FTBF2BT6BED04675.

Publication was completed on November 24, 2023. Doc. 28-1 at 3. No third-party claims have been filed and the time to do so has expired.

                                             JILL E. STEINBERG
                                             UNITED STATES ATTORNEY

                                             /s/ *Tania Groover*
                                             Tania Groover
                                             Chief, Criminal Division
                                             Assistant United States Attorney
                                             Georgia Bar No. 127947
                                             P.O. Box 8970
                                             Savannah GA 31412
                                             Tania.groover@usdoj.gov
                                             912-652-4422