UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 5:23-CR-007 |
| | ) | |
| JC LONGORIA CASTRO | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about July 25, 2023, JC Longoria Castro (the "defendant") entered a plea of guilty to the lesser included offense charged in Count One of the above-captioned Information, charging a violation of 18 U.S.C. § 1956(a)(1)(A)(i);

WHEREAS, on August 22, 2023, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the

- 22-DSS-000006- Cash seized pursuant to a federal search warrant in the amount of $9,302;

- 22-DSS-000018- Cash seized pursuant to a federal search warrant in the amount of $6,000;

- 22-DSS-000019- Cash seized pursuant to a federal search warrant in the amount of $1,616;

- 22-DSS-000040- a 2015 Jeep Wrangler Sahara VIN 1C4GJWBG2FL697235, valued at approximately $24,074; and

- $15,342.35 in U.S. currency, which the defendant agrees to pay and is forfeiting in lieu of forfeiture of 22-DSS-000032- 2011 Ford SRW Super Duty VIN 1FTBF2BT6BED04675

(hereinafter, the "Subject Property") was property forfeitable to the United States;

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning on October 26, 2023, through and including November 24, 2023 (Doc. 28-1 at 3); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 982(a)(1), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

**SO ORDERED** this 4 day of January 2024.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA