# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JC LONGORIA CASTRO | Case No. 5:23-CR-7 |

### DEFENDANT'S MOTION FOR RETURN OF PASSPORT

COMES NOW Defendant J.C. Longoria Castro and hereby moves this Court for the return of his passport, as follows:

1.

Mr. Castro originally was charged by indictment. (Case No. 5:21-CR-9, Doc. 3.) Following his initial appearance and arraignment on those charges, this Court entered an order setting the conditions of Mr. Castro's pretrial release. (Case No. 5:21-CR-9, Doc. 112). Among those conditions was that Mr. Castro surrender his passport. (*Id*. at 2.) Shortly after that Order was entered, Mr. Castro surrendered his passport to the U.S. Probation Office.

2.

Pursuant to a plea agreement with the government, Mr. Castro was charged by information with a related offense and pleaded guilty to that offense in July 2023. (Case No. 5:23-CR-7, Docs. 1, 12.) This Court ordered that Mr. Castro continue under the same conditions of release as were imposed following his original indictment. (*Id*., Doc. 8.) Mr. Castro's passport remained in the custody of the U.S. Probation Office.

3.

On October 9, 2024, this Court sentenced Mr. Castro to five years' probation. (*Id.*, Doc. 45.) Written judgment was entered on October 15, 2024. (*Id.*, Doc. 46.) The conditions of Mr. Castro's probation include a requirement that Mr. Castro not leave this district without first getting permission from the Court or his probation officer. (*Id.*, Doc. 46, at 3.)

4.

Mr. Castro has reported to his probation officer following the imposition of his sentence, and he has been fully informed by his probation officer of his travel restrictions while on probation.

5.

Understanding that any international travel will require separate and advance approval of this court or his probation officer, Mr. Castro hereby requests return of his passport.

6.

For the foregoing reasons, Mr. Castro requests that this Motion be granted.

7.

The undersigned has conferred with government counsel, AUSA Tania Groover, and the government does not object to the relief requested in this motion.

Respectfully submitted this 23rd day of October, 2024.

           **GRIFFIN DURHAM TANNER & CLARKSON LLC**

           */s/ R. Brian Tanner*
           R. Brian Tanner
           Georgia Bar No. 697615
           btanner@griffindurham.com
           104 West State Street, Suite 200
           Savannah, GA 31401
           Ph/Fax: 912-867-9140

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 23rd day of October, 2024.

        **GRIFFIN DURHAM TANNER & CLARKSON LLC**

        */s/ R. Brian Tanner*
        R. Brian Tanner
        Georgia Bar No. 697615
        btanner@griffindurham.com