# In the United States District Court for the Southern District of Georgia
## Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 523-007 |
| JC LONGORIA CASTRO, | |
| Defendant. | |

### ORDER

Before the Court is Defendant JC Longoria Castro's motion for return of passport. Dkt. No. 50. Therein, Defendant moves the Court to return his passport which he surrendered at the onset of this case. The United States has lodged no objection to the motion. Defendant is currently serving a term of probation. The current terms of Defendant's probation forbid him from leaving the country—indeed, he is forbidden from leaving the District—without first obtaining the permission of the Court or the U.S. Probation Office. Defendant gives no explanation of what need he has to retrieve his passport during his probation. Accordingly, his motion is **DENIED** at this time. Should he demonstrate a need, he can reurge his motion.

**SO ORDERED**, this 21 day of November, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA